## Charles G. Lind and Wallace Schwab, Appellees, v. Harry Spannuth, Alvine P. Spannuth et al., Appellants.

### Gen. No. 46,261.

R. A. Bierdemann, for appellants; G. A. Buresh, for appellees. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed May 19, 1954; released for publication July 2, 1954.